In the Matter of the Probate of the Will of JENNIE A. REISS, Deceased. GEORGE ALEXANDER, Appellant; MYRA REISS et al., Respondents.— Decree unanimously affirmed, with costs payable out of the estate. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

HELLENIC and BALKAN TRADING Co., et al., Respondents-Appellants, v. UNITED STATES MANUFACTURERS SUPPLY CORPORATION, Appellant-Respondent, and DEMETRE PAPAYANNOPOULOS, Respondent.— Judgment unanimously affirmed. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

## (DECEMBER 8, 1948.)

WILLIAM RUBIN, Plaintiff, v. PRUDENCE BONDS CORPORATION et al., Defendants, and FLORINDO S. POLO, Appellant. ALEXANDER ROTHSTEIN, Respondent.— Motion for reargument denied. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See 272 App. Div. 1002.]

## (December 13, 1948.)

CENTRAL TILE Co., INC., Respondent, v. MANHATTAN LIFE INSURANCE COMPANY, Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

275 CENTRAL PARK WEST, INC., Appellant, v. NEW DEAL APARTMENTS, INC., et al., Respondents. ISRAEL SAGER, Respondent, v. 275 CENTRAL PARK WEST, INC., Appellant.— Judgments unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

JACOB RUBIN et al., Copartners Doing Business as MAX RUBIN & SONS, Respondents, v. 8008 REALTY CORP. et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ. [See *post,* p. 1033.]

SOPHIE SZATMARY, Respondent, v. BRICK SUPPLY & CONTRACTING Co., INC., et al., Appellants, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ. [See *post,* p. 1033.]

OSCAR L. STEINFINK et al., Doing Business under the Name of STEINFINK BROTHERS, Respondents, v. ADENSCO, INC., Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

SIMON BELOFF et al., Suing Individually and as Stockholders on Behalf of Themselves and All Other Stockholders, Similarly Situated, and as Stockholders of Brooklyn Edison Company, Inc., Appellants, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent, et al., Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

MIRIAM B. ROSENFIELD, Appellant, v. EDWARD M. ROSENFIELD, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.